element of a slander of title claim existed. *See Tongay v. Franklin County Mercantile Bank,* 735 S.W.2d 766, 770–71 (Mo.App. E.D. 1987) (noting "an action for slander of title cannot exist without a malicious intent"). Additionally, because Woodland did not make an offer of proof regarding the excluded testimony during trial, we will not further address the second point. *Eckert v. Thole,* 857 S.W.2d 543, 546 (Mo.App. E.D.1993) (to preserve the exclusion of evidence for appeal, an offer of proof demonstrating why the evidence is relevant and admissible must be made at trial).

No error of law appears in the amended judgment. An extended opinion would have no precedential or jurisprudential value. The amended judgment is affirmed in accordance with Rule 84.16(b).

*ORDER*

PER CURIAM.

Mother appeals from the trial court's judgment terminating her parental rights. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

---

In the Interest of A.L.H., a minor.

K.E. and H.E., Petitioners/Respondents,

v.

A.H., Respondent/Appellant.

No. 71956.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 23, 1997.

Robert Keith Bennett, Bridgeton, for appellant.

John R. Bird, Jeff Childress, St. Louis, for respondent.

Phillip E. Jones, Sr., Sharon Thames, St. Louis, for Guardian Ad Litem.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

---

Robert A. SPIER, Plaintiff/Appellant,

v.

Roger D. BREWER, Regina Louis Brewer Jennings, Glenn Spier and Evelyn Spier, his wife, Defendants/Respondents.

No. 71456.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Dec. 23, 1997.

